**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD. | § § | |
| v. | § § | Case No. 2:16-CV-0056-JRG-RSP |
| T-MOBILE US, INC., ET AL. | § | |

**ORDER APPOINTING TECHNICAL ADVISOR**

The Court appoints Rich Egan as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are **ORDERED** to send courtesy copies of all claim construction briefs, exhibits, and technology tutorials no later than two business days after the date of their filing or the date of this Order, whichever is earlier. The courtesy copies should be sent to regan@ipaustin.com in PDF form. Courtesy copies of all documents filed with the Court must bear CM/ECF headings.

**SIGNED this 6th day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE