## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>    Plaintiff<br><br>v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>    Defendants, and<br><br>NOKIA SOLUTIONS AND NETWORKS<br>US LLC, NOKIA SOLUTIONS AND<br>NETWORKS OY,<br><br>TELEFONAKTIEBOLAGET LM<br>ERICSSON, and ERICSSON INC.,<br><br>    Intervenors. | Civil Action Nos.  2:16-cv-00052<br>               2:16-cv-00055<br>               2:16-cv-00056<br>               2:16-cv-00057<br><br>Jury Trial Demanded |

## ORDER GRANTING
## DEFENDANTS T-MOBILE US, INC. AND T-MOBILE USA, INC.'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPORT
## REGARDING INSPECTION

Before the Court is Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.'s Unopposed Motion for Extension of Time to Submit Report Regarding Inspection.  After careful consideration, the Court concludes that the Motion should be granted.  It is therefore

ORDERED that Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.'s Unopposed Motion for Extension of Time to Submit Report Regarding Inspection is GRANTED.   The joint report (or separate reports) regarding the inspection as directed in the Court's order of February 28, 2017 shall be filed no later than March 24, 2017.

**SIGNED this 28th day of March, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE