# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>T-MOBILE US, INC. and T-MOBILE USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:16-cv-00056-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF JIMMY DOAN

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. file this Notice of Appearance and hereby notify the Court and all parties of record that Jimmy Doan of Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304, is appearing as counsel of record on their behalf in the above-styled and numbered case.

| | |
|---|---|
| April 7, 2017 | */s/ Jimmy Doan*<br>Jimmy Doan<br>(California Bar No. 271448)<br>Jimmy.Doan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>(650) 858-5045<br><br>*Attorneys for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on April 7, 2017.   All other counsel will be served by U.S. first-class mail.

>  */s/ Jimmy Doan*
>  Jimmy Doan