**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**T-MOBILE US, INC. and T-MOBILE USA, INC.,**<br><br>**Defendants,**<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.**<br><br>**Intervenors.** | Civil Action Nos. 2:16-cv-0052-JRG-RSP<br>2:16-cv-0055-JRG-RSP<br>2:16-cv-0056-JRG-RSP<br>2:16-cv-0057-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING
PLAINTIFF, HUAWEI'S UNOPPOSED MOTION TO EXTEND
FACT DISCOVERY DEADLINE TO TAKE RULE 30(b)(6) DEPOSITION
OF NONPARTY, MITEL/MAVENIR'S DESIGNATED REPRESENTATIVE**

After considering plaintiff, Huawei Technologies Co., Ltd.'s motion to enlarge the court's scheduling order fact discovery deadline to take the Rule 30(b)(6) deposition of a designated representative of nonparty, Mavenir Systems, as successor to Mitel Networks Inc, regarding any Mitel Networks component product provided to defendants, T-Mobile US, Inc., and T-Mobile USA, Inc., which motion is unopposed, the court

GRANTS the motion and ORDERS the deadline to complete fact discovery under the court's third amended docket control order, court docket doc.#169, is enlarged to May 15, 2017, for the purpose, only, of accomplishing Huawei Technologies Co., Ltd.'s deposition of Mavenir Systems' designated representative.

**SIGNED this 27th day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE