
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Case Nos. 2:16-cv-0052-JRG-RSP |
| | § | |
| T-MOBILE US, INC. and | § | 2:16-cv-0055-JRG-RSP |
| T-MOBILE USA, INC., | § | |
| | § | 2:16-cv-0056-JRG-RSP |
| Defendants, | § | |
| | § | 2:16-cv-0057-JRG-RSP |
| NOKIA SOLUTIONS AND NETWORKS | § | |
| US LLC and NOKIA SOLUTIONS and | § | |
| NETWORKS OY, | § | |
| | § | |
| Intervenors. | § | |

## ORDER

On June 15, 2017, the parties advised the Court as to the resolution of issues raised in the following motions:

- In No. 2:16-cv-00052-JRG-RSP, [Dkt. # 205], [Dkt. # 216], and [Dkt. # 217] are **DENIED AS MOOT** in light of [Dkt. # 239] and [Dkt. # 240].

- In No. 2:16-cv-00055-JRG-RSP, [Dkt. # 195], [Dkt. # 206], and [Dkt. # 207] are **DENIED AS MOOT** in light of [Dkt. # 231] and [Dkt. # 232].

- In No. 2:16-cv-00056-JRG-RSP, [Dkt. # 197], [Dkt. # 207], and [Dkt. # 208] are **DENIED AS MOOT** in light of [Dkt. # 233] and [Dkt. # 234].

- In No. 2:16-cv-00057-JRG-RSP, [Dkt. # 192], [Dkt. # 202], and [Dkt. # 203] are **DENIED AS MOOT** in light of [Dkt. # 224] and [Dkt. # 225].

**SIGNED this 16th day of June, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE