**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| T-MOBILE US, INC. and T-MOBILE USA, INC., | ) ) ) ) | Civil Nos.   2:16-cv-00052-JRG-RSP<br>2:16-cv-00055-JRG-RSP<br>2:16-cv-00056-JRG-RSP<br>2:16-cv-00057-JRG-RSP |
| Defendants, | ) | |
| | ) | |
| NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., | ) ) ) ) ) | **Jury Trial Demanded** |
| | ) | |
| Intervenors. | ) ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Intervenors Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby notify the Court and all parties and counsel of record that Tiffany M. Cooke, Texas State Bar No. 24087340, enters her appearance as counsel for Ericsson in the above-styled and numbered proceedings:

    Tiffany M. Cooke
    HAYNES AND BOONE, LLP
    2323 Victory Avenue, Suite 700
    Dallas, Texas 75219
    Tel.: (214) 651-5849
    Fax: (214) 200-0847
    tiffany.cooke@haynesboone.com

Counsel hereby requests notice and copies of all pleadings, discovery, correspondence, and any other documents relating to these matters to be served upon her.

Dated: July 7, 2017                          Respectfully submitted,

                                                                */s/ Tiffany M. Cooke*
Phillip B. Philbin
LEAD ATTORNEY
State Bar No. 15909020
Jamie H. McDole
State Bar No. 24082049
Charles M. Jones II
State Bar No. 24054941
Michael D. Karson
State Bar No. 24090198
Tiffany M. Cooke
State Bar No. 24087340
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
Email: phillip.philbin@haynesboone.com
          jamie.mcdole@haynesboone.com
          charlie.jones@haynesboone.com
          michael.karson@haynesboone.com
          tiffany.cooke@haynesboone.com

***Attorneys for Intervenors Telefonaktiebolaget LM Ericsson and Ericsson Inc.***

2

*Huawei Techs. Co. v. T-Mobile US, Inc., et al.*,
Nos. 2:16-cv-52-JRG-RSP (E.D. Tex.),
2:16-cv-55-JRG-RSP (E.D. Tex.),
2:16-cv-56-JRG-RSP (E.D. Tex.),
2:16-cv-57-JRG-RSP (E.D. Tex.).

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system pursuant to Local Rule CV-5(a), which will automatically send email notification of such filing to all counsel of record.

*/s/ Tiffany M. Cooke*
Tiffany M. Cooke

3

*Huawei Techs. Co. v. T-Mobile US, Inc., et al.*,
Nos. 2:16-cv-52-JRG-RSP (E.D. Tex.),
2:16-cv-55-JRG-RSP (E.D. Tex.),
2:16-cv-56-JRG-RSP (E.D. Tex.),
2:16-cv-57-JRG-RSP (E.D. Tex.).