# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.<br><br>　　Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,<br><br>　　Defendants,<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.<br><br>　　Intervenors. | Civil Action No. 2:16-cv-0056-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND SIXTH AMENDED DOCKET CONTROL ORDER

　　Plaintiff Huawei Technologies Co. Ltd., Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., and Intervenors Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, Telefonaktiebolaget LM Ericsson, and Ericsson Inc., by and through their undersigned counsel, hereby respectfully move to amend the Sixth Amended Docket Control Order as proposed in the Seventh Amended Docket Control Order hereby submitted.

　　The changes requested in this motion are to (1) move the pretrial disclosures deadline from July 24, 2017 to July 31, 2017; and (2) move the deadline to serve objections to pretrial disclosures and rebuttal disclosures from July 31, 2017 to August 7, 2017. All other case deadlines remain unchanged, and all parties agree to this requested extension.

　　The parties' respectfully move the Court to grant this jointly requested amendment to the Docket Control Orders.


Dated: July 17, 2017

Respectfully submitted,

*/s/Jane J. Du*
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
Linda Kordziel
DC Bar No. 446386
kordziel@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

David Barkan
California Bar No. 160825
barkan@fr.com
Neil Warren
California Bar No. 272770
warren@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Kevin Su
Massachusetts Bar No. 663726
su@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

*Counsel for Plaintiff Huawei Technologies Co. Ltd.*


*/s/ Mark D. Selwyn*
Mark D. Selwyn
(California Bar No. 244180)
Kathryn D. Zalewski
(California Bar No. 263119)
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000

Joseph J. Mueller
(Massachusetts Bar No. 647567)
Cynthia Vreeland
(Texas Bar No. 20625150
Massachusetts Bar No. 635143)
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Counsel for Defendants T-Mobile US, Inc. and
T-Mobile USA, Inc.*

3

        */s/ John Haynes*
        John Haynes (GA Bar No. 340599)
        Patrick Flinn (GA Bar No. 264540)
        Michael C. Deane (GA Bar No. 498195)
        Nicholas Tsui (GA Bar No. 982502)
        **ALSTON & BIRD LLP**
        1201 W. Peachtree St.
        Atlanta, GA 30309-3424
        Telephone: (404) 881-7000
        Facsimile: (404) 881-7777
        Email: Patrick.Flinn@alston.com
        Email: John.Haynes@alston.com
        Email: Michael.Deane@alston.com
        Email: Nick.Tsui@alston.com

        Michael J. Newton
        (TX Bar No. 24003844)
        Derek Neilson
        (TX Bar No. 24072255)
        **ALSTON & BIRD LLP**
        2800 N. Harwood St., Suite 1800
        Dallas, Texas 75201
        Telephone: (214) 922-3400
        Facsimile: (214) 922-3899
        Email: Mike.Newton@alston.com
        Email: Derek.Neilson@alston.com

        M. Scott Stevens (NC Bar No. 37828)
        Ross R. Barton (NC Bar No. 37179)
        Linda Chang (NC Bar No. 44290)
        Robert Caison (NC Bar No. 46632)
        Samuel Merritt (NC Bar No. 47945)
        M. Joseph Fernando (NC Bar No. 49199)
        **ALSTON & BIRD LLP**
        Bank of America Plaza
        101 South Tryon Street, Suite 4000
        Charlotte, NC 28280-4000
        Telephone: (704) 444-1000
        Facsimile: (704) 444-1111
        Email: Scott.Stevens@alston.com
        Email: Ross.Barton@alston.com
        Email: Linda.Chang@alston.com
        Email: Robert.Caison@alston.com
        Email: Sam.Merritt@alston.com
        Email: Ravi.Fernando@alston.com

Marsha E. Diedrich
(CA Bar No. 93709)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: Marsha.Diedrich@alston.com

Thomas Davison
(FL Bar No. 55687)
**ALSTON & BIRD LLP**
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: Tom.Davison@alston.com

Deron R. Dacus
Texas State Bar No. 790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

*Counsel for Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy.*

*/s/Jamie H. McDole*
Phillip B. Philbin
LEAD ATTORNEY
State Bar No. 15909020
Jamie H. McDole
State Bar No. 24082049
Charles M. Jones II
State Bar No. 24054941
Michael D. Karson
State Bar No. 24090198
Hamilton C. Simpson
State Bar No. 24083862
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
Email: phillip.philbin@haynesboone.com
jamie.mcdole@haynesboone.com
charlie.jones@haynesboone.com
michael.karson@haynesboone.com
hamilton.simpson@haynesboone.com

*Counsel for Intervenors*
*Telefonaktiebolaget LM Ericsson and*
*Ericsson Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via electronic mail on July 18, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Jane J. Du*