# ATTACHMENT 1

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

2100 McKinney Avenue
Dallas, TX 75201-6912
Tel 214.698.3100
www.gibsondunn.com

Mark Reiter
Direct: +1 214.698.3360
Fax: +1 214.571.2907
MReiter@gibsondunn.com

August 28, 2017

VIA CM/ECF Filing

Honorable Roy S. Payne
United States Magistrate Judge
Sam B. Hall, Jr. Federal Building and
United States Courthouse
100 East Houston Street
Marshall, TX 75670

Re:   *Huawei Techs Co. Ltd. v. T-Mobile US, Inc.,* Nos. 2:16-cv-00052, -00055, -00056, -00057

Dear Judge Payne:

Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("T-Mobile") and Intervenors Nokia Solutions and Networks US LLC and Nokia Solutions and Networks Oy and Telefonaktiebolaget LM Ericsson and Ericsson Inc. (collectively, "Intervenors") file this letter in response to Huawei's August 24, 2017 letter to the Court regarding trial scheduling in these four cases. (Dkt. 333-1, -52 case.)  Since Huawei filed its letter, the Court *sua sponte* issued an order confirming jury selection for October 2, 2017, and the presentation of evidence to begin on October 10, 2017 for Case No. 2:16-cv-52.  (-52 Case Doc No. 336).  In the same Order, the Court reset jury selection for Case Nos. 2:16-cv-55, 2:16-cv-56, and 2:16-cv-57 for November 6, 2017.

During the August 22 hearing before Your Honor, the parties were informed that the second trial in November would be limited to eight or nine hours per side.  Based on that information, T-Mobile and the Intervenors explained that the -55 case cannot be practically and appropriately tried in 8-9 hours per side, but that it could be sufficient for the -56 case given that the case only involves one patent.  Nothing has changed.

In arguing that the -55 case "is in many respects more like a two patent case than a four patent case," Huawei overlooks that the -55 case involves four sets of asserted claims, and Huawei has asserted distinct infringement theories for each set of claims.  Additionally, Huawei overlooks that T-Mobile's counterclaims also need to be tried.  Furthermore, 8-9 hours per side would be impractical even for only two patents.

For these reasons, T-Mobile and the Intervenors respectfully request that the Court proceed with an October trial of the -52 as scheduled.  If the Court has room for a second trial in November, T-Mobile and the intervenors respectfully submit that only the 056 case can be tried fairly in the available window.  Finally, T-Mobile and the Intervenors respectfully renew their request that before scheduling a second trial, the Court order the parties to mediation following a jury verdict in the -52 case.

The Honorable Roy Payne
August 28, 2017
Page 2

        Respectfully submitted,

        By: /s/ Mark N. Reiter

        Josh A. Krevitt (New York Bar No. 2568228)
        **GIBSON, DUNN & CRUTCHER LLP**
        200 Park Avenue, 47th Floor
        New York, New York 10166
        Tel: (212) 351-4000
        Fax:  (212) 351-4035

        Mark N. Reiter (Texas Bar No. 16759900)
        **GIBSON, DUNN & CRUTCHER LLP**
        2100 McKinney Avenue, Suite 1100
        Dallas, Texas 75201
        Tel: (214) 698-3100
        Fax: (214) 571-2900

        Ernest Y. Hsin (California Bar No. 201668)
        **GIBSON, DUNN & CRUTCHER LLP**
        555 Mission Street
        San Francisco, CA 94105-0921
        Tel: (415) 393-8224
        Fax: (415) 374-8436

        Stuart M. Rosenberg (California Bar No. 239926)
        **GIBSON, DUNN & CRUTCHER LLP**
        1881 Page Mill Road
        Palo Alto, CA 94304-1211
        Tel: (650) 849-5389
        Fax: (650) 849-5089

        Mark D. Selwyn
        (California Bar No. 244180)
        Kathryn D. Zalewski (California Bar No. 263119)
        **WILMER CUTLER PICKERING**
        **HALE AND DORR LLP**
        950 Page Mill Road
        Palo Alto, California 94304
        Tel: (650) 858-6000

        Joseph J. Mueller
        (Massachusetts Bar No. 647567)
        Cynthia Vreeland
        (Texas Bar No. 20625150

The Honorable Roy Payne
August 28, 2017
Page 3

        Massachusetts Bar No. 635143)
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000

Michael E. Jones (Texas Bar No. 10929400)
Email: mikejones@potterminton.com
E. Glenn Thames, Jr. (Texas Bar No. 00785097)
Email: glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Counsel for Defendants T-Mobile US,*
*Inc. and T-Mobile USA, Inc.*


/s/ John D. Haynes
John D. Haynes (Georgia Bar No. 340599)
Patrick J. Flinn (Georgia Bar No. 264540)
Michael C. Deane (GA Bar No. 498195)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777
Email: John.Haynes@alston.com
Email: Patrick.Flinn@alston.com
Email: Michael.Deane@alston.com

Michael J. Newton (TX Bar No. 24003844)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (North Carolina Bar No. 37828)
Ross R. Barton (North Carolina Bar No. 37179)

**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com

Deron R. Dacus (Texas State Bar No. 790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite
430 Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Counsel for Intervenors Nokia Solutions
and Networks US LLC and Nokia Solutions
and Networks Oy*


/s/ Phillip B. Philbin
Phillip B. Philbin
LEAD ATTORNEY
State Bar No. 15909020
Jamie H. McDole
State Bar No. 24082049
Charles M. Jones II
State Bar No. 24054941
Michael D. Karson
State Bar No. 24090198
Matthew P. Chiarizio
State Bar No. 24087294
Tiffany M. Cooke
State Bar No. 24087340
**HAYNES AND BOONE, LLP**
2323 Victory Avenue
Suite 700
Dallas, Texas 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
Email: phillip.philbin@haynesboone.com
jamie.mcdole@haynesboone.com
charlie.jones@haynesboone.com
michael.karson@haynesboone.com

The Honorable Roy Payne
August 28, 2017
Page 5

    matthew.chiarizio@haynesboone.com
    tiffany.cooke@haynesboone.com

    Jason T. Lao
    California State Bar No. 288161
    **HAYNES AND BOONE, LLP**
    600 Anton Boulevard, Suite 700
    Costa Mesa, California 92626
    Tel.: (949) 202-3051
    Fax: (949) 202-3151
    Email: jason.lao@haynesboone.com

    *Counsel for Intervenors*
    *Telefonaktiebolaget LM Ericsson and*
    *Ericsson Inc.*