IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**T-MOBILE US, INC. and T-MOBILE USA, INC.,**<br><br>    Defendants,<br><br>**NOKIA SOLUTIONS AND NETWORKS US LLC, NOKIA SOLUTIONS AND NETWORKS OY, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.,**<br><br>    Intervenors. | Civil Action No. 2:16-cv-00052-JRG-RSP<br>Civil Action No. 2:16-cv-00055-JRG-RSP<br>Civil Action No. 2:16-cv-00056-JRG-RSP<br>Civil Action No. 2:16-cv-00057-JRG-RSP |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS**

Plaintiff Huawei Technologies Co. Ltd. ("Huawei"), Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("T-Mobile"), and Intervenors Nokia Solutions and Networks US LLC, Nokia Solutions and Networks Oy, Telefonaktiebolaget LM Ericsson, and Ericsson Inc. ("Intervenors"), by and through their undersigned counsel, hereby jointly stipulate and agree that all of the claims asserted by Huawei in the above-captioned actions should be dismissed with prejudice, that all of the counterclaims asserted by T-Mobile in the above-captioned actions

should be dismissed without prejudice, and that these actions should be dismissed in their entirety, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 22, 2017  Respectfully submitted,

By:   /s/ J. Mark Mann
Ruffin Cordell
Texas Bar No. 04820550
cordell@fr.com
**FISH & RICHARDSON P.C.**
901-15th St NW, Suite 700
Washington, DC 20005
Telephone: (202) 783-5070

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

Kevin Su
Massachusetts Bar No. 663726
su@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070

J. Mark Mann
Texas Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
Texas Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
300 West Main St.
Henderson, Texas 75652
Tel: (903) 657-8540
Fax: (903) 657-6003


**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**


By: */s/ Mark N. Reiter*
Josh A. Krevitt
(New York Bar No. 2568228)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Mark N. Reiter
(Texas Bar No. 16759900)
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

Ernest Y. Hsin
(California Bar No. 201668)
Neema Jalali
(California Bar No. 245424)

**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8224
Fax: (415) 374-8436

Stuart M. Rosenberg
(California Bar No. 239926)
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5389
Fax: (650) 849-5089

Mark D. Selwyn
(California Bar No. 244180)
Kathryn D. Zalewski
(California Bar No. 263119)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, CA 94304
Tel: 650-858-6000

Joseph J. Mueller
(Massachusetts Bar No. 647567)
Cynthia Vreeland
(Texas Bar No. 20625150
Massachusetts Bar No. 635143)
**WILMER CUTLER PICKERING
HALE
AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: 617-526-6000

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
**POTTER MINTON, PC**
110 North College Ave., Suite 500
Tyler, TX 75702
Tel: 903-597-8311

**COUNSEL FOR DEFENDANTS T-MOBILE US, INC. AND T-MOBILE USA, INC.**

By: */s/ John Haynes*
John Haynes (GA Bar No. 340599)
Patrick Flinn (GA Bar No. 264540)
Michael C. Deane (GA Bar No. 498195)
Nicholas Tsui (GA Bar No. 982502)
**ALSTON & BIRD LLP**
1201 W. Peachtree St.
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Email: Patrick.Flinn@alston.com
Email: John.Haynes@alston.com
Email: Michael.Deane@alston.com
Email: Nick.Tsui@alston.com

Michael J. Newton
(TX Bar No. 24003844)
Derek Neilson
(TX Bar No. 24072255)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Email: Mike.Newton@alston.com
Email: Derek.Neilson@alston.com

M. Scott Stevens (NC Bar No. 37828)
Ross R. Barton (NC Bar No. 37179)
Linda Chang (NC Bar No. 44290)
Robert Caison (NC Bar No. 46632)
Samuel Merritt (NC Bar No. 47945)
M. Joseph Fernando (NC Bar No. 49199)
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Email: Scott.Stevens@alston.com
Email: Ross.Barton@alston.com
Email: Linda.Chang@alston.com

       Email: Robert.Caison@alston.com
       Email: Sam.Merritt@alston.com
       Email: Ravi.Fernando@alston.com

       Marsha E. Diedrich
       (CA Bar No. 93709)
       **ALSTON & BIRD LLP**
       333 South Hope Street, 16th Floor
       Los Angeles, CA 90071
       Telephone: (213) 576-1000
       Email: Marsha.Diedrich@alston.com

       Thomas Davison
       (FL Bar No. 55687)
       **ALSTON & BIRD LLP**
       The Atlantic Building
       950 F Street, NW
       Washington, DC 20004-1404
       Telephone: (202) 239-3300
       Email: Tom.Davison@alston.com

       Deron R. Dacus
       Texas State Bar No. 790553
       **THE DACUS FIRM, P.C.**
       821 ESE Loop 323, Suite 430
       Tyler, TX 75701
       Telephone: (903) 705-1117
       Email: ddacus@dacusfirm.com

       **COUNSEL FOR INTERVENORS NOKIA SOLUTIONS AND NETWORKS US LLC AND NOKIA SOLUTIONS AND NETWORKS OY**


By:   */s/ Jamie H. McDole*
       Phillip B. Philbin
       State Bar No. 15909020
       Jamie H. McDole
       State Bar No. 24082049
       Charles M. Jones II
       State Bar No. 24054941
       Michael D. Karson
       State Bar No. 24090198
       Hamilton C. Simpson
       State Bar No. 24083862

**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Tel.: (214) 651-5000
Fax: (214) 651-5940
Email: phillip.philbin@haynesboone.com
jamie.mcdole@haynesboone.com
charlie.jones@haynesboone.com
michael.karson@haynesboone.com
hamilton.simpson@haynesboone.com

**COUNSEL FOR INTERVENORS TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 22, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

   /s/ *J. Mark Mann*
**J. Mark Mann**